NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMARTMETRIC INC., a Nevada Corporation,**
*Plaintiff-Appellant,*

**v.**

**MASTERCARD INTERNATIONAL INCORPORATED, a Delaware Corporation,**
*Defendant-Appellee,*

AND

**VISA INC., a Delaware Corporation,**
*Defendant-Appellee.*

---

2014-1037

---

Appeal from the United States District Court for the Central District of California in No. 2:11-cv-07126, Judge Michael W. Fitzgerald.

---

**JUDGMENT**

---

PATRICK F. BRIGHT, Wagner, Anderson & Bright, P.C., of Glendale, California, argued for plaintiff-appellant.

JOSEPH MELNIK, Jones Day, of Palo Alto, California, argued for appellees. With him on the brief for Visa Inc. were AN P. DOAN; and MATTHEW J. SILVEIRA, of San Francisco, California. On the brief for MasterCard International Incorporated were GARY A. CLARK, DARREN M. FRANKLIN, and ANDREW KIM, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, California. Of counsel was DENNIS J. SMITH.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 13, 2014        /s/ Daniel E. O'Toole  
Date              Daniel E. O'Toole  
                Clerk of Court